5/4/2022
1:20 pm

United STATES Bankruptcy Court
Eastern Pennsylvania District
900 Market Street
Philadelphia PA- 19107

To Honorable, Judge Chan.

To Judge Chan, Please extend my time to prepare my case I Am filing Pro-se and I have also seek help from my accountant to assist with finacial records, exct...

I Am requesting a additional 1 at least to allow the support time needed to comply with the courts.

Respectfully.


MAY 10 2022

Bennie R Pettway

relief order

22-11094