# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re** : | **Chapter** 7 |
| Bennie R. Pettway : | |
|    aka | |
| Bennie R. Hearst | |
|    dba | |
| Connect A Care Network | |
| **Debtor** | **Bankruptcy No.** 22-11094-amc |
| : | |

## ORDER

**AND NOW**, upon consideration of the Debtor(s)' Motion for Extension of Time to File the required documents, it is hereby

**ORDERED** that the motion is **GRANTED** and the debtor(s) may file their documents on or before May 26, 2022. The Matrix List of Creditors is to be filed immediately.

Dated: May 11, 2022

Ashely M. Chan
United States Bankruptcy Judge

extend.frm
(11/95)