CASE #2211094

05/25/22

Affidavit of notice to Continue

Due to the COVID virus, the USPS, UPS, FEDEX and DHL has been experiencing delay in the delivery therefore documents that have needed to be sent out to various agencies has been delayed, Mail that needs to be returned back to said parties has also been delayed causing delay of submission of documents to the courts . Therefore we will be continuing to submit documents as they become available our estimated completion date 06/15/2022.

Connect A Care Network LLC.

*Bennie R Pettway*

FILED
MAY 26 2022
TIMOTHY McGRATH, CLERK
BY _____ DEP CLERK