**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Bennie R. Pettway | : | |
| Debtor | : | Bky. No. 22-11094-amc |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion for an Additional Extension of Time ("the Motion"), it is hereby **ORDERED** that:

1. Subject to Paragraphs 3-4 below, the Motion is **GRANTED** and the deadline for filing the statements, schedules and other documents required by the rules of court is **EXTENDED** to **June 14, 2022**. .

2. **NO FURTHER EXTENSIONS WILL BE GRANTED**. **If the required schedules, statements and other documents are not timely filed, this case may be DISMISSED without further notice or hearing.**

3. This extension of time is **CONDITIONED** on the **WAIVER** of the Debtor's right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P. 3002(c), **PROVIDED** that the proof of claim is filed **on or before August 9, 2022.**.

4. Within three (3) business days of the docketing and service of the notice of meeting of creditors, **DEBTOR SHALL SERVE THIS ORDER on all creditors and parties in interest and shall promptly thereafter file a certification of service.**

Date:  May 27, 2022

_____
**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**