*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Bennie R. Pettway
    Debtor(s)

Case No: 22–11094–amc
Chapter: 7

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why this case should not be dismissed for failure to pay the first installment payment in the amount of $84.50 will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

on: 7/6/22

at: 12:30 PM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Timothy B. McGrath
Clerk of Court

Dated: June 13, 2022

21
Form 175