**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re                                                                    Chapter 7

Bennie R. Pettway
aka Bennie R. Hearst
dba Connect A Care Network

                Debtor                Bankruptcy No. 22-11094-amc

**ORDER**

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 4/29/2022 and extended by Orders of 5/11/22 and 5/27/22, this case is hereby DISMISSED.

Date: June 17, 2022

                                                Ashely M. Chan
                                                United States Bankruptcy Judge

Missing Documents:    Matrix
                                  Proper Form of Petition
                                  Schedules AB-J
                                  Statement of Financial Affairs
                                  Summary of Assets and Liabilities Form B106
                                  Chapter 7 Statement of Your Current Monthly Income Form 122A-1
                                  Means Test Calculation Form 122A-2