06/14/2022

To Judge Ashley Chan, I have received your letter in regards to the chapter 13 filed for Connect A Care Network , Bky, No. 22-11094 . I would like to note the record that I am under restrictions and I am not able to meet with with the individuals that are preparing the documents for me such as My out of state accountant he is in New Jersey and I am not permitted out of the State of Pennsylvania  the lawyer that is assisting me has found this to be very difficult as we continue to pursue certain documents to submit. I am aware of the length of time that It has been. I do understand that the individuals that are waiting for additional information in regards to the bank rupcy of Connect A Care, however dismissing the case I feel would only cause great harm. I apologize about the length of time but believe me I am doing everything that I can do under these circumstances that I am um under.

Further EXTENTION  should be granted under my circumstances of not being mobile and/or flexible as a individual. I hope that the honorable Judge understand why it has taken this length of time. I apologize to the court for any inconvenience that this has caused .

Thank you Respectfully,

Ms Bennie R Pettway

JUN 21 2022