*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Bennie R. Pettway
    Debtor(s)

Case No: 22–11094–amc

Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Status Hearing Re: Letter from the Debtor requesting the Judge not dismiss case. Filed by Bennie R. Pettway.

Parties are to:
Dial: 877–873–8017
Access Code: 3027681#

on: 7/6/22

at: 12:30 PM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Date:  6/22/22

Timothy B. McGrath
Clerk of Court

26 – 25
Form 167