IN THE UNITED STATES BANKRUPTCY COURT
For the EASTERN DISTRICT of PENNSYLVANIA
PHILADELPHIA DIVISION

In re:   )   Chapter:    7
Bennie Pettway   )   Case Number:    22-11094-AMC
   )   Assigned to the Honorable:
   )
   )   REQUEST FOR SPECIAL NOTICE
Debtor(s)   )   [NO Hearing Required]

TO THE CLERK:

The undersigned attorneys for:

UNITED CONSUMER FINANCIAL SVCS
Merchant Name: KIRBY CLEANING SYSTEM

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that UNITED CONSUMER FINANCIAL SVCS be given and served with all notices given or required to be given in the case as follows:

UNITED CONSUMER FINANCIAL SVCS

Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712
bnc@bass-associates.com

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 06/13/22
Account Number: ****6910

Respectfully submitted,
Bass & Associates, P.C.

By: /s/ Patti H. Bass  (AZ 016849)
Attorneys for Creditor
UNITED CONSUMER FINANCIAL SVCS
3936 E Ft Lowell Rd Suite 200
Tucson, AZ  85712-1083

(520) 577-1544

bnc@bass-associates.com