7/11/2022

22 11094

Greetings and Hello! I am asking for a reconsideration of my case, It was dismissed on 7/6/22. However documents could have been submitted but there was a 4th of July Holiday. And transportation problems. Thank you in advance.

Respectfully

Bennie R Pettway

FILED
JUL 11 2022
TIMOTHY McGRATH, CLERK
DEP CLERK