*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Bennie R. Pettway
    Debtor(s)

Case No: 22–11094–amc

Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*TELEPHONIC HEARING\*\*\*
Letter/Motion to Reconsider Dismissal of Case Filed by Bennie R. Pettway Represented by Self(Counsel).

Parties are to
Dial: 877–873–8017
Access Code: 3027681#

on: 8/3/22

at: 12:30 PM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Date:  7/12/22

Timothy B. McGrath
Clerk of Court