United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11094-amc |
| Bennie R. Pettway | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 12, 2022 | Form ID: 167 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bennie R. Pettway, 140 Schoolview Lane, Oxford, Pa 19363-2001 |
| 14705042 | + | Henry on the Park, 7901 Henry Avenue, Philadelphia PA 19128-3060 |
| 14688697 | + | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14688802 | + | Lakeview Loan Servicing, LLC, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14705046 | + | Lima Capital, 201 East Mc Bee Ave, Greensville , Sc 29601-2883 |
| 14705038 | + | Lima Capital, 201 East McBee Ave, Greensville, Sc 29601-2883 |
| 14693801 | + | Lima One Capital,LLC, c/o Tammy L. Terrell Benoza, Esq., Fein,Such,Kahn,and Shepard, P.C., 7660 Imperial Way, Suite 121, Allentown, Pennsylvania 18195-1022 |
| 14705039 | + | Loancare/ FHA, 451 7th street, Washington, De 20410-0001 |
| 14705044 | + | Onyx Management, 301 Lakeside Park, Southampton PA 18966-4050 |
| 14705040 | | Philadelphia Dept of Revenue, 110 N St St #204A, Philadelphia, PA 19107 |
| 14705049 | + | Philadelphia Municiple Court, 1301 Filbert Street, Philadelphia PA 19107-2602 |
| 14705041 | + | Pond and Lehockey Law Firm, One Commerce Square, 2005 Market Street, Philadelphia PA 19103-7042 |
| 14705043 | + | Whilshire HOA, Reese Management, PO BOX 62226, King of Prussia PA 19406-0319 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc@bass-associates.com | Jul 13 2022 04:25:00 | United Consumer Financial Serv., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite #200, Tucson, AZ 85712-1083 |
| 14697040 | | Email/PDF: bncnotices@becket-lee.com | Jul 13 2022 04:36:47 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14705047 | + | Email/Text: documentfiling@lciinc.com | Jul 13 2022 04:25:00 | Comcast Cable company, 1701 JFK Blvd, Philadelphia PA 19103-2899 |
| 14688752 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2022 04:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14701509 | + | Email/Text: bnc@bass-associates.com | Jul 13 2022 04:25:00 | United Consumer Financial Serv., c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14701469 | + | Email/Text: bnc@bass-associates.com | Jul 13 2022 04:25:00 | United Consumer Financial Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14705045 | | Germantown Office Rental |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 12, 2022 | Form ID: 167 | Total Noticed: 19

| | | |
|---|---|---|
| 14705048 | | Midland Credit Management, 350 Carmine De La Reina |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 14697214 | * | American Express National Bank, c/o Becket & Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| TAMMY BENOZA | on behalf of Creditor LIMA ONE CAPITAL LLC bankruptcy@fskslaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Bennie R. Pettway
    Debtor(s)

Case No: 22−11094−amc
Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

***TELEPHONIC HEARING***
Letter/Motion to Reconsider Dismissal of Case Filed by Bennie R. Pettway Represented by Self(Counsel).

Parties are to
Dial: 877−873−8017
Access Code: 3027681#

on: 8/3/22

at: 12:30 PM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date: 7/12/22

Timothy B. McGrath
Clerk of Court

41 − 30
Form 167