**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| BENNIE R. PETTWAY | : | |
| Debtor. | : | Bankruptcy No. 22-11094-AMC |

**O R D E R**

**AND NOW,** Upon consideration of *Debtor's Pro Se Motion to Reconsider*

*Dismissal of Case*  (the "Motion"), and after notice and hearing on August 3, 2022, it is

hereby

      **ORDERED** that the Motion is **DENIED** for the reasons stated in open Court.

**Date: August 4, 2022**
_____
Ashely M. Chan
United States Bankruptcy Judge